No. 23-1554

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

MICHAEL RIVERA,

*Plaintiff-Appellant,*

v.

LT. REDFERN, et al.

*Defendants-Appellees.*

On Appeal from the United States District Court for the
Middle District of Pennsylvania, No. 1-21-cv-01118
Before the Hon. Susan E. Schwab, United States Magistrate Judge

## STATEMENT REGARDING ORAL ARGUMENT

Appellant Michael Rivera, through undersigned *pro bono* counsel, respectfully urges the Court to hold oral argument in this matter, and to allot 15 minutes of argument time to each party. Mr. Rivera believes that oral argument will substantially aid in the resolution of this appeal for three reasons.

First, this case warrants oral argument as the parties disagree as to the appropriate standard that applies to Mr. Rivera's claim. This disputed issue is important—not only is it central to the resolution of the claims at hand, but also to the claims of other incarcerated people in the future.

Second, most claims like Mr. Rivera's are brought by *pro se* prisoners. Indeed, Mr. Rivera was himself *pro se* for the entirety of the lower court proceedings, as undersigned counsel only began representing him *pro bono* on appeal. Oral argument will allow the important issues raised in this case—and often raised by *pro se* prisoners—to be fully aired by able counsel.

Third, resolution of this case requires this Court to apply the doctrine of qualified immunity, and oral argument will assist the Court in doing so.

For the foregoing reasons, Mr. Rivera respectfully requests 15 minutes of argument time for each party to address the issues presented in this appeal.

Dated: July 27, 2023

Respectfully Submitted,

/s/ Devi M. Rao
Devi M. Rao
RODERICK & SOLANGE
 MACARTHUR JUSTICE CENTER
501 H Street NE, Suite 275
Washington, DC 20002
devi.rao@macarthurjustice.org
*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2023, I electronically filed the foregoing *Statement Regarding Oral Argument* with the Clerk of the Court for the United States of Appeals for the Third Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s Devi M. Rao
Devi M. Rao