# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| **MICHAEL RIVERA,**<br>　　　　　　**Appellant**<br><br>　　　　v.<br><br>**LT. REDFERN**<br>*et al.*<br>　　　　　　**Appellees** | **NO. 23-1554** |

## APPELLEES' RESPONSE TO APPELLANT'S STATEMENT REGARDING ORAL ARGUMENT

The Office of Attorney General of Pennsylvania, on behalf of Appellees, hereby responds to Appellant's Statement Regarding Oral Argument, averring in support thereof the following:

Appellees concur with Appellant's statement that it would be appropriate for this Court to conduct oral argument because it would substantially aid in the resolution of this appeal.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　MICHELLE HENRY
　　　　　　　　　　　　　　　　　Attorney General

　　　　　　　　　　　　　By:　*/s/ Michael J. Scarinci*
Office of Attorney General　　　　　MICHAEL J. SCARINCI
Appellate Litigation Section　　　　Deputy Attorney General
15th Floor, Strawberry Square　　　No. 323816 (Pa.)
Harrisburg, PA  17120
(717) 857-2184 (Direct)　　　　　　J. BART DELONE
(717) 772-4526 (Fax)　　　　　　　Chief Deputy Attorney General
　　　　　　　　　　　　　　　　　Chief, Appellate Litigation Section

DATE:　July 27, 2023

## CERTIFICATE OF SERVICE

I, Michael J. Scarinci, Deputy Attorney General, do hereby certify that I caused this day to be served the foregoing **Response to Appellant's Statement Regarding Oral Argument** by electronic service on all CM/ECF users.

                                              */s/ Michael J. Scarinci*
                                              MICHAEL J. SCARINCI
                                              Deputy Attorney General

Date: July 27, 2023